

MEMO ENDORSED

211 Crest Drive
Tarrytown, New York 10591

June 23, 2008

United States District Judge Kenneth M. Karas
United States District Court
United States District Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

Re: Madeleine Kubicek v. County of Westchester
Civil Action No. 08-00372

Dear Judge Karas:

I am the pro se plaintiff in the above referenced matter, and I write to you today regarding a possible problem I may have at the conference in this matter scheduled for July 15, 2008. I have fluctuating hearing loss accompanied by tinnitus. Though I am under medical treatment, depending on the acoustics in the room and the level of tinnitus I experience that day, I do not know if I will hear well enough to participate effectively. I would like to inquire as to whether a speech enhancer or possibly speech-to-text equipment is available in the Court for my use. It is possible that I will hear adequately simply by sitting in close proximity to those who are speaking, and will not need special accommodations, but there is no way to know in advance, so I seek the Court's assistance in this matter.

I apologize for this inconvenience and thank you for any help you may be able to provide.

Respectfully yours,

*[signature]*

Madeleine Kubicek

cc:  Magistrate Judge George A. Yanthis
     Irma W. Cosgriff, Sr. County Attorney, County of Westchester

*[handwritten endorsement:]* The Court will hold the conference in a manner that accommodates Ms. Kubicek's hearing issues. So Ordered. 6/25/08