UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MADELEINE KUBICEK,

                        Plaintiff,                                    08-CV-372 (KMK)

        -v-

WESTCHESTER COUNTY,                                    MOTION SCHEDULING ORDER

                        Defendant.


**KARAS, U.S.D.J.**

        At the Pre-Motion Conference held before the Court on July 15, 2008, the Court adopted the following scheduling order with respect to Defendant's Motion to Dismiss:

        Defendant shall serve its motion to dismiss upon Plaintiff by no later than September 19, 2008. Plaintiff shall serve opposition papers upon Defendant by no later than October 20, 2008. Reply papers shall be served upon Plaintiff by no later than October 28, 2008. Sur-reply papers will not be accepted unless prior permission of the Court is given.

        The Parties are reminded that there is a strict page limit, which will only be extended in extreme circumstances.

        Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed until the date the motion is due.

        If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:        White Plains, New York
              July 15, 2008

                                                KENNETH M. KARAS
                                                UNITED STATES DISTRICT JUDGE